UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:07-CR-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| CHINA THOMPSON | |

On motion of the Defendant, China Thompson, and for good cause shown, it is hereby ORDERED that DE 68 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 3 day of April, 2019.

TERRENCE W. BOYLE
Chief United States District Judge